✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICA K. ZUNKEL |
| Date | Signature |
|  | Print Name      Bar Number |
|  | Address |
|  | City     State     Zip Code |
|  | Phone Number     Fax Number |

```
 1  ERICA K. ZUNKEL
    California State Bar No. 229285
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: erica_zunkel@fd.org

 5  Attorneys for Carlos Rubio-Inzunza

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     (HONORABLE LEO S. PAPAS)

11  UNITED STATES OF AMERICA,       )  Case No. 08MJ2362
                                    )
12            Plaintiff,            )
                                    )
13  v.                              )  CERTIFICATE OF SERVICE
                                    )
14  CARLOS RUBIO-INZUNZA,           )
                                    )
15            Defendant.            )
    _____)
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
20

21                                  Respectfully submitted,

22

23  DATED:    August 11, 2008       /s/ Erica K. Zunkel
                                    ERICA K. ZUNKEL
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Carlos Rubio-Inzunza
25

26

27

28
```